William L. Pegg, PC
BY: William L. Pegg Jr., 5528
133 Washington Street
Morristown, NJ 07960
(973) 540-0202
FX: (973) 984-6666
Attorney for Debtor

          IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------
In Re:                                                          :           Chapter 7
   Robert J. Heil
                                           :           Judge Christine A. Gravelle
                Debtor,
                                           :           Case No. 15-10014-CMG
---------------------------------------------------

                                               APPLICATION SHORTENING TIME

William L. Pegg Jr,, attorney for the debtor, requests expedited hearing on this matter.

   After the filing of the petition for relief in this matter on January on January 2, 2015 and despite notification of the filing and the attendant application of the automatic stay as to all proceedings in the Family Part of Hunterdon County, officials of Hunterdon County and the Attorney of the Plaintiff in the Family Court matter are persisting is the prosecution of the case.  Post filing, a money judgment against the defendant was entered.   This obligation was listed under Schedule F and is plainly dischargeable.

   Request for cancellation of the order was made on January 12 and 13, 2015 but as of this writing this has not occurred.   Additionally the Hunterdon County Family Part advised me that I had to attend a Case Management Conference this date which I have ignored.

    Please refer to my Certification filed in support of the Sanction Motion for a more detailed exposition of the affairs of this case.

    I ask for an immediate hearing, telephonic or otherwise, as I have no doubt the attorney for the matrimonial plaintiff will now proceed expeditiously to levy on the debtor's assets in an attempt to collect on the money judgment for his fees in violation of the automatic stay and much to the prejudice of the debtor.

                                  Respectfully submitted,

Dated: January 14, 2015       /s/ William L. Pegg Jr.
                                    Attorney for the Debtor