**JOHN J. HOFFMAN**
Acting Attorney General of New Jersey
Richard J. Hughes Justice Complex
PO Box 106
25 Market Street
Trenton, New Jersey 08625-0106

By: Paul V. Buonaguro
Deputy Attorney General
(609) 943-5262
Attorney for State of New Jersey, Judiciary, Hunterdon County

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Case No. 15-10014-CMG |
| ROBERT J. HEIL, | Chapter 7 |
| Debtor. | Hon. Christine M. Gravelle, U.S.B.J. |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney for the State of New Jersey, Judiciary, Hunterdon County and, pursuant to Bankruptcy Rules 2002 and 9010(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned attorney at the address set forth below:

Paul V. Buonaguro, Deputy Attorney General
R.J. Hughes Justice Complex
PO Box 106
25 Market Street
Trenton, NJ 08625-0106
Tel:    609-943-5262
Fax:   609-984-2523

paul.buonaguro@dol.lps.state.nj.us

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes without limitation orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telefacsimile, or otherwise which affect, or seek to affect in any way, the estate, the debtor, or property of the debtor.

                                      JOHN J. HOFFMAN
                                      Acting Attorney General of New Jersey

                    By:   /s/ *Paul V. Buonaguro*
                           Paul V. Buonaguro
                           Deputy Attorney General

January 21, 2015