# ULRICHSEN ROSEN & FREED LLC

PENNINGTON POINT EAST | 23 ROUTE 31 NORTH, SUITE A-20 | PENNINGTON, NJ 08534
P 609 730 3850 | F 609 730 3860 | WWW.URF-LAW.COM

March 11, 2015

**Via Hand Delivery**

Clerk of the Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    In re: Robert J. Heil
             Case No. 15-10014-CMG

Dear Sir or Madam:

    The Debtor in the aforementioned matter has filed a motion for sanctions against this firm, Ulrichsen Rosen & Freed, LLC. The motion is currently returnable on Tuesday, March 17, 2015 at 10:00am before the Honorable Christine M. Gravelle. A Certification of Counsel in Opposition to Debtor's Motion for Sanctions Against Ulrichsen Rosen & Freed LLC was previously filed on January 26, 2015.

    Enclosed for filing please find the following:

- The exhibits to accompany the certification previously filed on January 26, 2015.

Respectfully,

Alexandra Price-Miller

cc w/Enc:    Hon. Christine M. Gravelle (*via* Same Day Courier)
                 William L. Pegg, Jr., Esquire (*via* FedEx)
                 Paul V. Buonaguro, Esquire (*via* FedEx)
                 Peggy E. Stafford, Bankruptcy Trustee (*via* FedEx)
                 Ms. Arielle Friedman (*via* email)