William L. Pegg Jr.
133 Washington Street
Morristown, New Jersey 07960
(973) 540-0202
Attorney for the Debtor

|  |  |  |
|---|---|---|
| | ) | United States Bankruptcy Court |
| | | District of New Jersey |
| In re: | ) | |
| | | Docket Number 15-10014 |
| ROBERT J. HEIL | ) | |
| | ) | Affidavit in Support of Fees |

---

William L. Pegg Jr., Attorney for the debtor, certifies as follows:

1. I am a Member of the Bankruptcy Bar in good standing.

2. I have been practicing in the area of Bankruptcy Law for over 40 years.

3. My hourly rate, per retainer, is $350.00 per hour.

4. Upon receipt of the January 9, 2015 Hunterdon Family Part Orders on January 12, 2015 I spent 6.25 billable hours on the motion, and supporting certifications, that had to be filed in this matter to protect my client's interests.

5. On January 13, 2015 I spent 2.25 billable hours on this motion.

6. On January 14, 2015 I expended another 2.25 billable hours on this matter.

7. Post the filing of this motion I have spend an additional 6.75 billable hours on this matter by way of multiple discussions with the Attorney Generals Office and other necessary administrative issues associated with this matter.

8. I have also incurred administrative fees for this matter in the amount of 235.16

9. Also necessary is a Court appearance that includes travel time and that time, estimated to be an additional 4.0 billable hours.

10. The total cost of filing this motion is $7,760.16

11.  I respectfully request that the Court Order the offending party or parties reimbursement to me for these fees.

I certify that the within contained information is accurate.  I am certainly aware of the penalties for false swearing.

/s/ William L. Pegg Jr.

Attorney for the Debtor

Dated:  March 16, 2015