UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William L. Pegg Jr., 5528
133 Washington Street
Morristown, NJ 07960
(973) 540-0202f
Attorney for the Debtor

In Re:
Robert J. Heil, Debtor

Order Filed on March 18, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-10014-GMG

Adv. No.:

Hearing Date: March 17, 2015

Judge: Christine M. Gravelle

**Order For Sanctions for Violation of Automatic Stay.**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2015**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

1. The Law Firm of Ulrichsen, Rosen & Freed having been found to have been in violation of 11 USC. Sec. 362 (a) in this matter, a sanction in the amount of $500 is imposed; and

2. Said sum is to be paid to the debtor by Ulrichsen, Rosen & Freed by check payable to the debtor, Robert J. Heil, within 14 days of the date of this order, said check to be mailed to the debtor's attorney; and

3. Debtor's attorney shall serve a copy of this order upon the law firm of Ulrichsen, Rosen and Free fax and by ordinary mail immediately upon receipt of this order.